UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED STATES OF AMERICA

                PLAINTIFF

vs.                                                          NO. 2:05CV174-P-A

$14,483.00 in UNITED STATES CURRENCY
SEIZED JANUARY 31, 2005 ON U.S.
HIGHWAY 61 IN DESOTO COUNTY, MISSISSIPPI

                DEFENDANT

## **JUDGMENT OF FORFEITURE**

On September 12, 2005, a Verified Complaint For Forfeiture In Rem against the Defendant property, $14,483.00 in United States Currency seized January 31, 2005 on U.S. Highway 61 in DeSoto County, Mississippi, was filed on behalf of the Plaintiff, United States of America.  The Complaint alleged that the Defendant property is proceeds traceable to exchanges of controlled substances in violation of Title 21 of the United States Code, and subject to forfeiture to the United States.  The Court upon review of this matter finds as follows:

    1.  That pursuant to the Warrant For The Arrest Of Property issued by this Court, the United States Marshal Service arrested the Defendant property on December 2, 2005.

    2.  That notice of the arrest and this forfeiture action was published in the **DeSoto Times** in Hernando, Mississippi on December

20, 21, 23, 27, 28 and 30, 2005, in accordance with law and the procedures of this Court.  The proof of the publication of said notice of arrest by Diane Smith, Clerk of the **DeSoto Times**, is on file in the office of the Clerk of this Court in this cause.

    3.  As provided by the Legal Notice all persons interested in the Defendant property were required to file their claims with the Clerk of the Court within thirty (30) days of the final date of publication which occurred on December 30, 2005.

    4.  On January 30, 2006, Gregg Drew, from whom the Defendant property was seized and a possible claimant of the Defendant property, received service by the United States Marshal Service of the Verified Complaint For Forfeiture In Rem and Legal Notice of the arrest of the Defendant property.

    5.  That on March 8, 2006, the Clerk of the Court properly entered a Default as no claim, answer or defense was filed by said date or within the time permitted by Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

    6.  According to the Civil Docket for this case, as of April 26, 2006, there has been no claim or answer filed by anyone within the time permitted by Rule C of the Supplemental rules for Certain Admiralty and Maritime Claims.

    7.  Plaintiff has requested that a judgment of forfeiture be entered.  It is, therefore

ORDERED AND ADJUDGED that the Defendant property, $14,483.00 in United States Currency seized January 31, 2005 on U.S. Highway 61 in DeSoto County, Mississippi, shall be and is hereby forfeited to the United States of America and no right, title or interest in the above described Defendant property shall exist in any other person or party.

IT IS FURTHER ORDERED AND ADJUDGED that the Defendant property shall be disposed of according to law. The United States Marshal Service is hereby authorized to pay any and all expenses attributable to the seizure, maintenance, forfeiture and disposition of the Defendant property.

SO ORDERED AND ADJUDGED this the 15th day of May, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE